```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

|   |   |   |
|---|---|---|
| JAMES KEITH DAWSON, | : | |
| | : | No. 21-cv-18721 (NLH)(AMD) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM OPINION |
| | : | |
| CUMBERLAND COUNTY DEPARTMENT OF CORRECTIONS, et al., | : | |
| | : | |
| Defendants. | : | |

IT APPEARING THAT:

1. Plaintiff James Dawson filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. On October 27, 2021, mail sent to Plaintiff at his address of record was returned as undeliverable. ECF No. 2. A note "N/H", which the Court understands to mean "not here," was handwritten on the envelope. Id.

3. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

4. The Clerk of the Court will be ordered to

administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

    5.  An appropriate order follows.


Dated: November 5, 2021      s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.